IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00198-MSK-MEH

SUN RIVER ENERGY, INC.,

      Plaintiff,

v.

ERIK S. NELSON,
STEVE STEPHENS, and
CORAL CAPITAL PARTNERS, INC.,

      Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on April 18, 2011.**

      Defendants' Unopposed Motion for Confidentiality Order [filed April 13, 2011; docket #38] is **denied without prejudice**, and the proposed Stipulated Confidentiality Protective Order is refused. The parties are granted leave to submit a revised proposed confidentiality order consistent with *Gillard v. Boulder Valley Sch. Dist.*, 196 F.R.D. 382 (D. Colo. 2000), in which the Court requires a mechanism by which the parties may challenge the designation of information as confidential. *See id.* at 388-89. The proposed "stipulated" or "agreed upon" order shall contain signature lines for the Court as well as for the parties; that is, the parties need not proffer both an agreement and a separate order.