IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00198-MSK-MEH

SUN RIVER ENERGY, INC.,

    Plaintiff,

v.

ERIK S. NELSON,
STEVE STEPHENS, and
CORAL CAPITAL PARTNERS, INC.,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on April 19, 2011.**

    Defendants' Unopposed Motion to Set Preliminary Injunction Hearing [filed April 11, 2011; docket #33] is **granted**. A two-day evidentiary hearing on Plaintiff's pending Motion for Preliminary Injunction [docket #40][1] is hereby scheduled for **June 2 and 3, 2011**, commencing at **10:00 a.m.** each day, in Courtroom A501 on the fifth floor of the Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado.

    Plaintiff's Motion for Preliminary Injunction [filed April 14, 2011; docket #40] is referred to this Court for recommendation. (*See* dockets ##37, 40.) Defendants shall respond on or before **May 4, 2011**. Plaintiff may reply within *fourteen days* of Defendants' response.

    Plaintiff's *Ex Parte* Motion for Temporary Restraining Order and Preliminary Injunction [filed April 13, 2011; docket #36] is **denied as moot**, in light of the renewed motion at docket #40.

    A pre-hearing conference is hereby scheduled for Wednesday, **May 25, 2011**, at **9:30a.m.**

---

[1] The original motion was titled as a request for temporary restraining order and preliminary injunction and was pending when this matter was removed from state court on February 26, 2011. (*See* docket #1; *see also* docket #36.) However, before the removal, Defendants agreed in large part to the relief requested until further order of the Court, in exchange for a continuance of a hearing on the motion. (Docket #29 at 3.) The state court adopted this stipulation on January 24, 2011, and indicated that the temporary restraining order portion of the motion was resolved. (Docket #1-2 at 17.) As the parties have now moved for a hearing on Plaintiff's request for a preliminary injunction, the Court sets the briefing schedule based on the date that the motion was re-filed, April 13, 2011.

in Courtroom A501 on the fifth floor of the Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado.  The parties shall submit their respective exhibit and witness lists, identifying what evidence is stipulated or contested, on or before **May 24, 2011**.

Please remember that anyone seeking entry into the Alfred A. Arraj United States Courthouse will be required to show a valid photo identification.  *See* D.C. Colo. LCivR 83.2B.