IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00198-MSK-MEH

SUN RIVER ENERGY, INC.,

    Plaintiff,

v.

ERIK S. NELSON,
STEVE STEPHENS, and
CORAL CAPITAL PARTNERS, INC.,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on May 2, 2011.**

    Plaintiff's Unopposed Motion to Amend Complaint [filed April 27, 2011; docket #51] is **granted**.  The motion is timely filed and unopposed, and the Court is obligated to freely give leave to amend when justice so requires.  Fed. R. Civ. P. 15(a).  Accordingly, the Clerk of Court is directed to enter the Amended Complaint and Jury Demand located at docket #51-1.