IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00198-MSK-MEH

SUN RIVER ENERGY, INC.,

    Plaintiff,

v.

ERIK S. NELSON,
STEVE STEPHENS, and
CORAL CAPITAL PARTNERS, INC.,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on May 5, 2011.**

    Defendants' Amended Unopposed Motion for Confidentiality Order [filed April 29, 2011; docket #53] is **granted**. The Confidentiality Order is accepted and entered contemporaneously with this minute order.