IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00198-MSK-MEH

SUN RIVER ENERGY, INC.,

    Plaintiff,

v.

ERIK S. NELSON,
STEVE STEPHENS, and
CORAL CAPITAL PARTNERS, INC.,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on May 31, 2011.**

    The parties advised the Court that this matter has settled. Accordingly, the hearing scheduled for June 2 and 3, 2011, is **vacated**. The Renewed Motion for Preliminary Injunction [filed April 14, 2011; docket #40] and Motion for Leave to Appear [filed May 25, 2011; docket #78] are **denied as moot**. The parties shall file dismissal papers on or before **June 30, 2011**.