IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00198-MSK-MEH

SUN RIVER ENERGY, INC.,

      Plaintiff,

v.

ERIK S. NELSON,
STEVE STEPHENS, and
CORAL CAPITAL PARTNERS, INC.,

      Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on June 1, 2011.**

      Plaintiff's Motion for Extension of Time for Plaintiff to Respond to Defendants' Amended Counterclaims, and for Plaintiff to File Reply in Support of Motion to Dismiss Counterclaims [filed May 31, 2011; docket #83] is **granted**. Plaintiff shall file a responsive pleading to Defendants' Amended Counterclaims and file a Reply brief in Support of its Motion to Dismiss Counterclaims on or before **June 17, 2011**.

      In light of the settlement of this matter, Plaintiff's Motion for Protective Order Regarding Document Requests in Defendants' Subpoenas Duces Tecum to Redgie Green and Steve Weathers [filed May 27, 2011; docket #82] is **denied as moot**.