IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00198-MSK-MEH

SUN RIVER ENERGY, INC.,

    Plaintiff,

v.

ERIK S. NELSON,
STEVE STEPHENS, and
CORAL CAPITAL PARTNERS, INC.,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on August 15, 2011.**

    Before the Court is Defendants' Motion to Compel Discovery and Request for Forthwith Ruling [filed July 29, 2011; docket #100], which the Court construes as a request for discovery in preparation for the August 22, 2011 hearing.[1] Defendants' request is based upon the possibility that Plaintiff *may* argue the "reasonableness" of a share sale limitation at the hearing. The motion is **denied without prejudice**; the Court will not require the production of any documents or information at this stage in the case based upon mere speculation. Moreover, after reading the briefs, the Court believes that Defendants' fears are misplaced. The Court will not permit either side to be disadvantaged and will accommodate any need for additional argument or discovery. All requests for attorney's fees are denied.

    Based on this order, Defendants' Motion to Continue Hearing Set for August 22, 2011 [filed August 15, 2011; docket #122] is **denied**.

---

[1] Defendants do not bring the motion pursuant to Fed. R. Civ. P. 37 and admit that they have propounded no discovery requests upon the Plaintiff before filing the motion.