IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00198-MSK-MEH

SUN RIVER ENERGY, INC.,

    Plaintiff,

v.

ERIK S. NELSON,
STEVE STEPHENS, and
CORAL CAPITAL PARTNERS, INC.,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on August 18, 2011.**

    Defendants' Motion to Stay Scheduling Order Deadlines [filed August 15, 2011; docket #123] is **denied** at this time. The Court will address any requests by the parties for amendments of the Scheduling Order once the pending motion to enforce settlement agreement has been resolved.