IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00198-MSK-MEH

SUN RIVER ENERGY, INC.,

    Plaintiff,

v.

ERIK S. NELSON,
STEVE STEPHENS, and
CORAL CAPITAL PARTNERS, INC.,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on August 19, 2011.**

    Plaintiff's Motion for Order Requiring Defendant Steve Stephens to Appear Personally and Testify at August 22, 2011 Hearing to Enforce Settlement Agreement [filed August 17, 2011; docket #131] is **granted**. Defendant Stephens is identified by the Plaintiff as a witness from whom testimony will be sought at the August 22, 2011 hearing [docket #110] and, thus, he shall appear before the Court for the hearing.