IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE MICHAEL E. HEGARTY**

| | |
|---|---|
| Civil Action No. 11-cv-00198-MSK-MEH | Date: August 22, 2011 |
| Courtroom Deputy: Cathy Coomes | **FTR – Courtroom A501** |

| | |
|---|---|
| SUN RIVER ENERGY, INC., | James Earl Pennington |
| | Stephen Erik Csajaghy |
| Plaintiff, | |
| vs. | |
| ERIK S. NELSON, | M. Gabriel McFarland |
| STEVE STEPHENS, and | J. Lucas McFarland |
| CORAL CAPITAL PARTNERS, INC., | |
| Defendants. | |

## COURTROOM MINUTES/MINUTE ORDER

**MOTION HEARING – Plaintiff's Motion to Enforce Settlement Agreement, for Expedited Briefing and for Sanctions against Defendants and an Award of Attorneys' Fees (Doc. #91, filed 7/1/11)**

**Court in session:     10:10 a.m.**

Court calls case. Appearances of counsel. Also present: Erik S. Nelson and Steve Stephens.

Counsel advise the Court that they stipulate to Plaintiff's Exhibits 1 through 17 and Defendants' Exhibit B, and those exhibits are admitted into evidence.

| | |
|---|---|
| 10:14 a.m. | Plaintiff's witness, Stephen Erik Csajaghy, is sworn, examined, and questioned by the Court. Witness is referred to Plaintiff's Exhibits 2, 4, 5, 6, 7, 8, 9, 10, 11, and 12. |
| 10:47 a.m. | Stephen Csajaghy is cross-examined by M. Gabriel McFarland. Witness is referred to Plaintiff's Exhibit 8, 5, and 12. |
| 11:16 a.m. | Witness is excused. |
| 11:17 a.m. | Plaintiff's witness, M. Gabriel McFarland, is sworn and examined. Witness refers to Plaintiff's Exhibit 4. Witness is referred to Plaintiff's Exhibit 8. |
| 11:28 a.m. | Witness is excused. |
| 11:29 a.m. | Court in recess. |
| 11:38 a.m. | Court in session. Plaintiff rests. Defendants request another brief recess. |
| 11:39 a.m. | Court in recess. |
| 11:50 a.m. | Court in session. |

        Mr. McFarland moves the Court for a ruling against Plaintiff and argues the motion to the Court.

**ORDERED:** For reasons stated on the record, Mr. McFarland's oral motion for a ruling against Plaintiff is denied.

11:58 a.m.    Defendants' witness, Erik Nelson, is sworn, examined, and questioned by the Court. Witness is referred to Plaintiff's Exhibit 12.

12:18 a.m.    Erik Nelson is cross-examined by Mr. Pennington and further questioned by the Court. Witness is referred to Plaintiff's Exhibit 8 and 12.

12:52 a.m.    Witness is excused.

Discussion regarding closing briefs.

Mr. McFarland moves for Mr. Stephens' travel costs to be reimbursed. Argument and discussion regarding Mr. McFarland's oral motion. The Court directs Mr. McFarland to file a written motion regarding the reimbursement of Mr. Stephens' travel costs.

**ORDERED:**  1.    The Court sets the following deadline for closing briefs: Plaintiff's brief, **August 25, 2011;** Defendants' response brief, **August 29, 2011;** Plaintiff's reply brief, **August 31, 2011.**

               2.    The Court takes Plaintiff's Motion to Enforce Settlement Agreement, for Expedited Briefing and for Sanctions against Defendants and an Award of Attorneys' Fees (Doc. #91, filed 7/1/11) under advisement.

**Court in recess:**     **1:19 p.m.   (Hearing concluded)**
**Total time in court:**  2:49