IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00198-MSK-MEH

SUN RIVER ENERGY, INC.,

      Plaintiff,

v.

ERIK S. NELSON,
STEVE STEPHENS, and
CORAL CAPITAL PARTNERS, INC.,

      Defendants.

---

## MINUTE ORDER

---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on August 25, 2011.**

      Defendants' Motion for Reconsideration of Order Granting Plaintiff's Motion for Order Requiring Defendant Steve Stephens to Appear Personally and Testify at August 22, 2011 Hearing to Enforce Settlement Agreement [filed August 19, 2011; docket #140] is **denied**. Defendant Stephens appeared in person at the August 22, 2011 hearing.