IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00198-MSK-MEH

SUN RIVER ENERGY, INC.,

     Plaintiff,

v.

ERIK S. NELSON,
STEVE STEPHENS, and
CORAL CAPITAL PARTNERS, INC.,

     Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on August 25, 2011.**

     Plaintiff's Motion to Modify Schedule for Briefing Following Hearing to Enforce Settlement Agreement [filed August 23, 2011; docket #143] is **granted in part and denied in part**. In the interests of fairness and judicial economy, and especially the need to get this case on track for final disposition, the Court orders that the Plaintiff and Defendants each file a single post-hearing brief **on or before August 31, 2011**.