IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00198-MSK-MEH

SUN RIVER ENERGY, INC.,

    Plaintiff,

v.

ERIK S. NELSON,
STEVE STEPHENS, and
CORAL CAPITAL PARTNERS, INC.,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on September 28, 2011.**

    Defendants' Motion for Status Conference [filed September 12, 2011; docket #156] is **denied without prejudice** pending an order from the District Court on the pending Motion for Stay of Action Pending Appeal to District Court of Order Denying Motion to Enforce Settlement Agreement filed by the Plaintiff on September 21, 2011.