IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00198-MSK-MEH

SUN RIVER ENERGY, INC.,

      Plaintiff,

v.

ERIK S. NELSON,
STEVE STEPHENS, and
CORAL CAPITAL PARTNERS, INC.,

      Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on November 8, 2011.**

      Plaintiff's Motion for Protective Order Regarding Defendants' Subpoenas Duces Tecum to Pershing, Penson Financial Services and National Financial Services [filed May 27, 2011; docket #81] is **denied without prejudice**. Due to the intervening activities in this case concerning whether a settlement agreement was reached, no briefing ever took place on this motion. To the extent that any issues raised in the motion remain current, the Plaintiff may re-file its motion regarding such issues.