IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE MICHAEL E. HEGARTY**

**Civil Action No.**    11-cv-00198-CMA-MEH          **FTR – Courtroom A501**

**Date:**   January 6, 2012                          Cathy Coomes, Courtroom Deputy

SUN RIVER ENERGY, INC.,                              Stephen Csajaghy

          Plaintiff,

v.

ERIK S. NELSON,                                      M. Gabriel McFarland
STEVE STEPHENS, and
CORAL CAPITAL PARTNERS, INC.

          Defendant.

---

## COURTROOM MINUTES/MINUTE ORDER

---

**STATUS/SCHEDULING CONFERENCE**

**Court in session:**    10:40 a.m.

The Court calls case.  Appearances of counsel.

Discussion regarding the status of the case and review of the proposed Amended Scheduling Order.

**Fact Discovery Deadline:**    **April 6, 2012**
**Expert Discovery Deadline:**        **June 6, 2012**

**Dispositive Motion Deadline:**        **June 6, 2012**

**Initial Rule 26(a)(2) Disclosures:**    **April 6, 2012**
**Rebuttal Rule 26(a)(2) Disclosures:**        **May 6, 2012**

Discussion regarding Plaintiff's Renewed Motion for Protective Order Regarding Defendants' Subpoenas Duces Tecum to Pershing, Penson Financial Services and National Financial Services (Doc. #172, filed 11/14/11); and Motion for Protective Order Regarding Defendants' Subpoena Duces Tecum to Delaney Equity Group (Doc. #175, filed 11/22/11).

**ORDERED:**    For reasons stated on the record, Plaintiff's Renewed Motion for Protective Order Regarding Defendants' Subpoenas Duces Tecum to Pershing, Penson Financial Services and National Financial Services (Doc. #172, filed 11/14/11); and Motion for Protective Order Regarding Defendants' Subpoena Duces Tecum to Delaney Equity Group (Doc. #175, filed 11/22/11) are DENIED.

10:54 a.m.    Bench conference with Mr. Csajaghy regarding settlement issues.

10:59 a.m.    Discussion regarding withdrawal of Plaintiff's Motion for Preliminary Injunction and the deadline for Plaintiff to file its Motion to Dismiss and/or Reply to Counterclaim.

**Court in recess:**    11:02 a.m.    (Hearing concluded)

Total time in court:    0:17