IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00198-MSK-MEH

SUN RIVER ENERGY, INC.,

    Plaintiff,

v.

ERIK S. NELSON,
STEVE STEPHENS, and
CORAL CAPITAL PARTNERS, INC.,

    Defendants.

_____

## ORDER ON MOTION FOR RECONSIDERATION
_____

    Before the Court is Defendants' Renewed Motion for Reconsideration of Order Denying Extension of Time for Discovery [filed April 18, 2012; docket #199]. The matter has been referred to this Court for disposition [docket #200]. The motion is **denied**. An extension of the discovery deadline is unnecessary to either (1) complete the parties' cooperative efforts concerning Defendants' pursuit of third-party information, or (2) compel responses to Defendants' discovery requests. As to the former, Defendants assert, and Plaintiff does not dispute and, in fact, affirms, that they are wrapping up efforts related to the third-party subpoenas, with which Plaintiff is cooperating. The Court will not interfere in this joint effort. With regard to the latter, which concerns written discovery requests served by Defendants on March 8, 2012, the running of the discovery period does not foreclose a timely (*i.e.*, reasonably diligent post-discovery-deadline filing) motion to compel responses.

    The Court does not believe that further depositions are permitted in light of the running of the discovery period.

Dated at Denver, Colorado, this 4th day of May, 2012.

BY THE COURT:

*Michael E. Hegarty*

Michael E. Hegarty
United States Magistrate Judge