IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE MICHAEL E. HEGARTY**

| | |
|---|---|
| Civil Action No.  11-cv-00198-MSK-MEH | Date:   July 19, 2012 |
| Courtroom Deputy: Cathy Coomes | **FTR – Courtroom A501** |

SUN RIVER ENERGY, INC.,                                                  Stephen Csajaghy

      Plaintiff,

vs.

ERIK S. NELSON,                                                                    M. Gabriel McFarland
STEVE STEPHENS, and
CORAL CAPITAL PARTNERS, INC.,

      Defendants.

## COURTROOM MINUTES/MINUTE ORDER

**MOTION HEARING**

**Court in session:**   **10:14 a.m.**

Court calls case.  Appearances of counsel.  Also present: Kevin McGreevy, attorney for Josh Pingel.

Argument and discussion regarding Defendants' Motion to Compel Production of Pingel Documents (Doc. No. 212, filed 6/19/12).

**ORDERED:**   1.   Defendants' Motion to Compel Production of Pingel Documents (Doc. No. 212, filed 6/19/12) is granted as stated on the record.  Mr. McGreevy shall provide access to the original hard drive to Mr. Csajaghy.

                2.   A telephonic Status Conference is set for **July 31, 2012, at 9:30 a.m.**  Counsel are directed to first conference together, and then call the Court's chambers at (303)844-4507 at the time of the hearing.

**Court in recess:**       **11:32 a.m.  (Hearing concluded)**
**Total time in court:**   1:18