IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00198-MSK-MEH

SUN RIVER ENERGY, INC.,

    Plaintiff,

v.

ERIK S. NELSON,
STEVE STEPHENS, and
CORAL CAPITAL PARTNERS, INC.,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on January 17, 2013**.

    Defendants' Motion for Leave to File Response to Plaintiff's Objection to Defendants' Attorney's Fees Nunc Pro Tunc December 28, 2012 [filed January 4, 2013; docket #260] is **granted**. The Court will consider Defendants' response brief in its reconsideration of the January 2, 2013 order awarding attorney's fees as a sanction.

    First, the Court will stand by its order to consider only the time spent and fees claimed during the period between October 5, 2012 and November 13, 2012 when the motion was prepared. Therefore, any and all time claimed by Ms. Burma will not be considered.

    Second, in accordance with D.C. Colo. LCivR 54.3(B)(2), the Court will accept the information provided for Cyd Hunt and accepts her hourly rate of $225 as reasonable.

    Third, the Court will sustain in part the Plaintiff's objection concerning the time Ms. Hunt spent drafting and preparing the reply brief. The brief itself is only a bit more than four pages and the content reflects that no significant research was necessary. As set forth in Defendants' response, Ms. Hunt has more than 25 years of experience as a lawyer. Thus, the Court finds that two hours is reasonable for the time Ms. Hunt spent drafting and preparing the reply brief.

    Accordingly, the Court hereby **amends** its January 2, 2013 order as follows:

1.     The Court will award the Defendants the time spent and fees claimed by Gabe McFarland in drafting and preparing the motion and reply brief: 1.9 hours for a total of $693.50; and

2.     The Court will award the Defendants half of the time spent and fees claimed by Cyd Hunt in drafting and preparing the reply brief: 2 hours for a total of $450.00.

2

3. Plaintiff shall pay the total amount of $1,143.50 and shall file a Notice of Compliance with this Order re: Sanctions **on or before January 31, 2013**.