IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE MICHAEL E. HEGARTY**

| | |
|---|---|
| Civil Action No.  11-cv-00198-MSK-MEH | Date:   February 21, 2013 |
| Courtroom Deputy: Cathy Pearson | **FTR – Courtroom A501** |

| | |
|---|---|
| SUN RIVER ENERGY, INC., | James Pennington |
| Plaintiff, | |
| vs. | |
| ERIK S. NELSON, | Cyd Hunt |
| STEVEN STEPHENS, and | M. Gabriel McFarland |
| CORAL CAPITAL PARTNERS, INC., | |
| Defendants. | |

## COURTROOM MINUTES/MINUTE ORDER

**EVIDENTIARY HEARING – Defendants' Third Motion for Discovery Sanctions (Doc. 254, filed 12/17/12)**

**Court in session:        10:14 a.m.**

Court calls case.  Appearances of counsel.  Stephen Csajaghy is present.

Counsel present opening statements.

| | |
|---|---|
| 11:03 a.m. | Defendants' witness, M. Gabriel McFarland, is sworn, examined, and questioned by the Court.<br>Defendants' Exhibits A through F, J through L, S through V, and Y are identified and admitted.  (Defendants' Exhibits A through F, J through L, S through V are exhibits filed with the motion presented for argument today). |
| 11:49 a.m. | M. Gabriel McFarland is cross-examined and further questioned by the Court. |
| 12:12 p.m. | Witness is excused.<br>**Court in recess.** |
| 12:23 p.m. | **Court in session.**<br>Plaintiff's witness, Stephen Csajaghy, is sworn, examined, and questioned by the Court. |
| 12:40 p.m. | Stephen Csajaghy is cross-examined and further questioned by the Court. |
| 12:52 p.m. | Witness is excused. |

Plaintiff's witness, James Pennington, is sworn, testifies, and is questioned by the Court.

Plaintiff's Exhibit 1 is identified and admitted.

1:20 p.m.      James Pennington is cross-examined and further questioned by the Court.

Defendants' Exhibit Z is identified and admitted.

1:57 p.m.      Counsel make closing arguments.

**ORDERED:**   Defendants' Third Motion for Discovery Sanctions (Doc. 254, filed 12/17/12) is taken under advisement.

**Court in recess:**      **2:09 p.m.   (Hearing concluded)**
**Total time in court:**  3:44