IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE MICHAEL E. HEGARTY**

| | |
|---|---|
| Civil Action No. 11-cv-00198-MSK-MEH | Date: February 21, 2013 |
| Courtroom Deputy: Cathy Pearson | **FTR – Courtroom A501** |

SUN RIVER ENERGY, INC.,      James Pennington

    Plaintiff,

vs.

ERIK S. NELSON,      Cyd Hunt
STEVEN STEPHENS, and      M. Gabriel McFarland
CORAL CAPITAL PARTNERS, INC.,

    Defendants.

## COURTROOM MINUTES/MINUTE ORDER

**EVIDENTIARY HEARING – Defendants' Third Motion for Discovery Sanctions (Doc. 254, filed 12/17/12)**

**Court in session:**      **10:14 a.m.**

Court calls case. Appearances of counsel. Stephen Csajaghy is present.

Counsel present opening statements.

11:03 a.m.      Defendants' witness, M. Gabriel McFarland, is sworn, examined, and questioned by the Court.
Defendants' Exhibits A through F, J through L, S through V, and Y are identified and admitted. (Defendants' Exhibits A through F, J through L, S through V are exhibits filed with the motion presented for argument today).

11:49 a.m.      M. Gabriel McFarland is cross-examined and further questioned by the Court.
12:12 p.m.      Witness is excused.
               **Court in recess.**

12:23 p.m.      **Court in session.**
Plaintiff's witness, Stephen Csajaghy, is sworn, examined, and questioned by the Court.

12:40 p.m.      Stephen Csajaghy is cross-examined and further questioned by the Court.
12:52 p.m.      Witness is excused.

|  |  |
|---|---|
|  | Plaintiff's witness, James Pennington, is sworn, testifies, and is questioned by the Court.<br>Plaintiff's Exhibit 1 is identified and admitted. |
| 1:20 p.m. | James Pennington is cross-examined and further questioned by the Court.<br>Defendants' Exhibit Z is identified and admitted. |
| 1:57 p.m. | Counsel make closing arguments. |
| **ORDERED:** | Defendants' Third Motion for Discovery Sanctions (Doc. 254, filed 12/17/12) is taken under advisement. |

**Court in recess:**     **2:09 p.m.   (Hearing concluded)**
**Total time in court:**  3:44