IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00198-MSK-MEH

SUN RIVER ENERGY, INC.,

    Plaintiff,

v.

ERIK S. NELSON,
STEVE STEPHENS, and
CORAL CAPITAL PARTNERS, INC.,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on May 1, 2015**.

    Defendants' Motion to Vacate Confidentiality Order [filed April 29, 2015; docket #372] is **denied**. The Court renders no opinion on the legal effect, if any, the Confidentiality Order may have on continuing matters.