IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 11-cv-00198-MSK-MEH

SUN RIVER ENERGY, INC.,

        Plaintiff,

v.

ERIK S. NELSON;
STEVE STEPHENS; and
CORAL CAPITAL PARTNERS, INC.,

        Defendant/Appellees,

JAMES E. PENNINGTON; and
STEPHEN E. CSAJAGHY,

        Appellants.

_____

**ORDER TO RELEASE SUPERSEDEAS BOND**

_____

THIS MATTER comes before the Court upon the parties Stipulation to Release Supersedeas Bond. The Court has reviewed the pleading and is fully advised in the premises. It is therefore ORDERED that the Supersedeas Bond posted by Appellants for the benefit of Appellees in the amount of $20,435.00 and filed with the Court on October 20, 2014 shall be released upon filing of this Stipulation with the Court. Funds held by the Court in the amount of $24,522.00 (including any interest to date) to secure same shall simultaneously be released and returned to Pennington and Csajaghy (1/2 of this amount to be paid to Pennington and the other 1/2 to be paid to Csajaghy) upon issuance of this Order.

DATED this 24th day of November, 2015.

                              BY THE COURT:

                              _____
                              Marcia S. Krieger
                              Chief United States District Judge